UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIA SMIELOWITZ, et al.,

                            Plaintiffs,                    22-CV-02695 (SN)

    -against-                                   **ORDER**

LUIGI POLI,

                            Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On April 1, 2022, this case was removed from state court, and Plaintiffs have not moved to remand. ECF No. 1. On April 25, 2022, the parties consented to my jurisdiction. ECF No. 11. By no later than May 13, 2022, Defendant shall file an answer, motion, or other response to Plaintiffs' complaint.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     New York, New York
                May 5, 2022