UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIA SMIELOWITZ, et al.,

                              **Plaintiffs,**

     -against-

LUIGI POLI,

                              **Defendant.**

-----------------------------------------------------------------X

22-CV-02695 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        The parties' request for a 60-day stay of discovery to facilitate settlement discussions is GRANTED. The parties are ORDERED to file a letter on June 3, 2022, requesting a settlement conference before the Court, a referral to another magistrate judge, or a referral to the Court's mediation program. In the alternative, the parties may choose to proceed with private mediation. A letter on the status of settlement negotiations shall be filed no later than July 25, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              May 25, 2022