UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIA SMIELOWITZ, et al.,

                           Plaintiffs,                    22-CV-02695 (SN)

         -against-                                  **ORDER**

LUIGI POLI,

                           Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties have informed the court that they have reached a settlement in principle. The settlement conference scheduled for July 7, 2022, is ADJOURNED. The parties shall file a stipulation of dismissal no later than July 15, 2022.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
             June 17, 2022